| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (88625) |
| 2 | NORA FRIMANN, Assistant City Attorney (93249) |
| | Office of the City Attorney |
| 3 | 200 East Santa Clara Street, 16th Floor |
| | San José, California 95113-1905 |
| 4 | Telephone Number: (408) 535-1900 |
| | Facsimile Number: (408) 998-3131 |
| 5 | E-Mail Address: cao.main@sanjoseca.gov |

Attorneys for City of San José

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CUSTOM MARBLE, INC., a California corporation; PATRICIA A. SHARP, an individual; CITY OF SAN JOSE, a California municipality; and DOES 1-10, inclusive, <br><br> Defendants. | Case Number: 4:19-cv-03424-EMC <br><br> **STIPULATION TO SET ASIDE DEFAULT AND FOR LEAVE TO ANSWER COMPLAINT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN PARTIES TO THIS MATTER, BY AND THROUGH THEIR ATTORNEYS,**

1. That the Request For Default filed on October 11, 2019, by Plaintiff Eden Environmental Citizen's Group, LLC, against Defendant City of San José and entered by this Court on October 11, 2019 shall be set aside and that Defendant City of San José shall be given leave to file its Answer to the Complaint by November 5, 2019;

2. This Stipulation may be signed in counterparts and may be transmitted via facsimile, between the parties, and such electronically-submitted signatures shall be treated as originals.

| | | |
|---|---|---|
| Dated: October 22, 2019 | | LAW OFFICE OF HANS W. HERB |

By: /s/ *HANS W. HERB*
HANS W. HERB

Attorneys for Plaintiffs

Dated: October 22, 2019    RICHARD DOYLE, City Attorney

By: /s/ NORA FRIMANN
NORA FRIMANN,
Assistant City Attorney

Attorneys for CITY OF SAN JOSE

I attest that Plaintiff's counsel has read and approved this document and given consent to the filing of the same with the Court.

Dated: October 23, 2019    RICHARD DOYLE, City Attorney

By: /s/ *NORA FRIMANN*
NORA FRIMANN
Assistant City Attorney

**IT IS SO ORDERED.**

Dated: October 24, 2019

_____
HONORABLE JUDGE EDWARD M. CHEN